**STATE of Missouri, Respondent,**

v.

**Joshua Lee MULLEN, Appellant.**

**No. WD 72675.**

Missouri Court of Appeals,
Western District.

Jan. 10, 2012.

Margaret M. Johnston, for appellant.

Karen L. Kramer, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

### *ORDER*

PER CURIAM:

Joshua Mullen appeals from his conviction on one count of felony stealing, § 570.030. After a thorough review of the record, we find that Mullen's conviction is supported by sufficient evidence. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).